[Nos. 23339-4-I; 23470-6-I.   Division One.   February 26, 1990.]

*In the Matter of the Dependency of* N.K.

THE STATE OF WASHINGTON, *Respondent,* v. BRIGITTE WIECHMANN, *Appellant.*

*In the Matter of the Dependency of* N.K.

THE STATE OF WASHINGTON, *Respondent,* v. N.K., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-7-01031-5, Mary Wicks Brucker, J., entered November 13, 1988. *Dismissed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Webster, JJ.

[No. 21926-0-I.   Division One.   February 26, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES ELBERT HUTCHESON, *Defendant,* DIANE ELAINE BOWERMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-03237-6, Jerome M. Johnson, J., entered March 17, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Winsor and Forrest, JJ.

[No. 21423-3-I.   Division One.   February 26, 1990.]

F. DALE DIER, ET AL, *Respondents,* v. LEE ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-03237-6, Jerome M. Johnson, J., entered March 17, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster and Pekelis, JJ.